# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**HARNEK GILL**                                                                                      **PLAINTIFF**

**VS.**                       **4:16CV00256 BRW**

**CHRISTIAN TRUCKING,** *et al*                                             **DEFENDANT**

## JUDGMENT ON JURY VERDICT

This action came on for trial January 23, 2018, before the Court and a jury, the Honorable Billy Roy Wilson, United States District Judge, presiding. At the conclusion of the evidence, the issues having been duly tried, and after deliberating thereon, the jury returned a verdict on January 26, 2018, in favor of the Plaintiffs, Harnek Gill, et al.

Based on the jury verdict, Judgment is entered in favor of Plaintiffs against defendants for the amount of $107,000.00 in proximate damages. This case is closed.

IT IS SO ORDERED this 29th day of January, 2018.

Nunc Pro Tunc, January 26, 2018.

                                                            /s/Billy Roy Wilson
                                      UNITED STATES DISTRICT JUDGE